## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEAH JOHANN COXSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-14-00755-M |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is plaintiff's Notice of Voluntary Dismissal [docket no. 13] pursuant to Rule 41(a)(2), filed September 10, 2014. Upon review of plaintiff's notice, the Court hereby GRANTS plaintiff's request as follows: the Court DISMISSES this action without prejudice.

**IT IS SO ORDERED this 24th day of September, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE